| | |
|---|---|
| Vanessa R. Waldref<br>United States Attorney<br>Eastern District of Washington<br>Patrick J. Cashman<br>Assistant United States Attorney<br>Post Office Box 1494<br>Spokane, WA 99210-1494<br>Telephone: (509) 353-2767 | FILED IN THE U.S. DISTRICT COURT<br>EASTERN DISTRICT OF WASHINGTON<br><br>AUG - 8 2023<br><br>SEAN F. MCAVOY, CLERK<br>_____, DEPUTY<br>YAKIMA, WASHINGTON |

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>KASSANDRA M. MONTELONGO<br>(a/k/a "Kassandra M. Montelongo Alvarez"),<br>LUIS ANGEL LARA,<br>ALEXANDRO AGUILAR,<br>JOSE P. GARCIA,<br>RAFAEL MEDINA (a/k/a "Fatboy"),<br>NATHAN MENDOZA, and<br>MARIA T. MONTELONGO,<br><br>            Defendants. | Case No. 1:23-CR-2039-MKD<br><br>SUPERSEDING INDICTMENT<br><br>Vio: 21 U.S.C. §§ 841(a)(1),<br>(b)(1)(A)(vi), (viii), 846<br>Conspiracy to Distribute<br>Controlled Substances<br><br>21 U.S.C. § 853<br>Forfeiture Allegations |

The Grand Jury charges:

Beginning on a date unknown, but by on or about August 1, 2022, and continuing until on or about June 7, 2023, in the Eastern District of Washington, the Defendants, KASSANDRA M. MONTELONGO (a/k/a "Kassandra M. Montelongo Alvarez"), LUIS ANGEL LARA, ALEXANDRO AGUILAR, JOSE

SUPERSEDING INDICTMENT – 1

P. GARCIA, RAFAEL MEDINA (a/k/a "Fatboy"), NATHAN MENDOZA, and MARIA T. MONTELONGO, knowingly and intentionally conspired with each other, and with other persons known and unknown to the Grand Jury, to distribute 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, and 400 grams or more of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi), (viii); all in violation of 21 U.S.C. § 846.

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense of violation of 21 U.S.C. § 841(a)(1), as charged in Counts 1 and 2 of this Indictment, Defendants, KASSANDRA M. MONTELONGO (a/k/a "Kassandra M. Montelongo"), LUIS ANGEL LARA, ALEXANDRO AGUILAR, JOSE P. GARCIA, RAFAEL MEDINA (a/k/a "Fatboy"), NATHAN MENDOZA, and MARIA T. MONTELONGO, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be

SUPERSEDING INDICTMENT – 2

used, in any manner or part, to commit or to facilitate the commission of the offense(s).

If any forfeitable property, as a result of any act or omission of the Defendant:

(a) cannot be located upon the exercise of due diligence;
(b) has been transferred or sold to, or deposited with, a third party;
(c) has been placed beyond the jurisdiction of the court;
(d) has been substantially diminished in value; or
(e) has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this 8th day of August, 2023.

A TRUE BILL

*/s/ Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

*/s/ Cashman* for
Patrick J. Cashman
Assistant United States Attorney

SUPERSEDING INDICTMENT – 3