# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| | | | |
|---|---|---|---|
| U.S.A. vs. | Mendoza, Nathan | Docket No. | 0980 1:23CR02039-MKD-6 |

### Petition for Action on Conditions of Pretrial Release

      COMES NOW  Arturo Santana, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Nathan Mendoza, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the Court at Yakima, Washington, on the 16th day of October 2023, under the following conditions:

**Standard Condition #8**: Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

      RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On October 16, 2023, a detention hearing was held before Your Honor, and the defendant was released onto pretrial supervision with conditions. On October 17, 2023, Mr. Mendoza reported to the U.S. Probation Office and reviewed and signed his release conditions, acknowledging an understanding.

**Violation #1**: Mr. Mendoza is alleged to be in violation of his release conditions by consuming a controlled substance, marijuana, on or about April 5, 2024.

On April 5, 2024, Mr. Mendoza submitted to urinalysis testing at Merit Resource Services as part of his ongoing outpatient substance abuse treatment program.  The test results were presumptive positive for marijuana.  The specimen was sent to a laboratory for confirmation testing and the results were positive for marijuana. Mr. Mendoza admitted to having consumed a candy, which he did not know at the time contained marijuana.

      PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on:   May 15, 2024 |
| by | s/Arturo Santana |
| | Arturo Santana<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[X]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this
       petition with the other violations pending before the
       Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

May 15, 2024
_____
Date